UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:17-cv-00730-FDW-DSC

| | |
|---|---|
| JANE DOE, | ) |
| Plaintiff, | ) |
| vs. | ) ORDER |
| CATHLEEN MARY FOWLER and JOHN M. FOWLER, | ) |
| Defendants. | ) |

THIS MATTER is before the Court upon Plaintiff's Response (Doc. No. 14) to the Court's Order to Show Cause (Doc. No. 11). For the reasons set forth in Plaintiff's Response, the Court declines to dismiss Plaintiff's case for failing to prosecute the case against the Defendants and imposes no sanctions for Plaintiff's delayed prosecution.

IT IS SO ORDERED.

Signed: April 26, 2018

Frank D. Whitney
Chief United States District Judge