# United States District Court
## Western District of North Carolina
## Charlotte Division

| | | |
|---|---|---|
| Jane Doe**,** | ) | JUDGMENT IN CASE |
| | ) | |
| Plaintiff(s), | ) | 3:17-cv-00730-FDW-DSC |
| | ) | |
| vs. | ) | |
| | ) | |
| John M. Fowler | ) | |
| Cathleen Mary Fowler**,** | | |
| Defendant(s). | ) | |

 DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's March 20, 2019 Order.

March 20, 2019

Frank G. Johns, Clerk
United States District Court